**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2827

Congressman Robert Onder, et al.

Appellants

v.

State of Missouri, et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:26-cv-01424-SRC)

---

**ORDER**

The following expedited schedule shall apply to briefing and arguing the merits of this appeal.

Briefing:

- Simultaneous briefs on the merits of the appeal are due by close of business Tuesday, September 15, 2026. Any party wishing to file a separate appendix must do so by the close of business on Tuesday, September 15, 2026.
- No overlength brief will be accepted for filing. No extension of time to file this brief will be granted.
- Any request to file an amicus brief and the brief are due at this time.

Oral Argument:

- Oral argument will be conducted remotely with the judges in chambers on Thursday, September 17, 2026 at 10:00 a.m. Central Time.
- There will be one argument for 26-2797 and 26-2827 with the time limits set forth below:
  Plaintiffs-Appellees/Cross Appellants: 10 minutes
  Defendants State and Secretary of State: 10 minutes
  Intervenor-Appellants/Cross Appellees: 20 minutes

September 11, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler